UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:                                                        CASE NO. 09-46823-MEH13
                                                              CHAPTER 13
ASIF OMAR SAYEED
AUDREY LEIGH HOLT                                             JUDGE M. ELAINE HAMMOND

       DEBTORS                                       **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, MARTHA G BRONITSKY files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** OCWEN LOAN SERVICING LLC

---

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 3 | 3823 | $3,633.15 | $3,633.15 | $3,633.15 |
| Total Amount Paid by Trustee | | | | $3,633.15 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit      **X** Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 18th day of July, 2014.

ASIF OMAR SAYEED, AUDREY LEIGH HOLT, 273 SCENIC AVENUE, OAKLAND, CA 94611

ELECTRONIC SERVICE - PATRICK L FORTE ATTY, 1 KAISER PLAZA #480, OAKLAND, CA 94612

OCWEN LOAN SERVICING LLC, 1661 WORTHINGTON RD #100, ATTN CASHIERNING DEPT, W PALM BEACH, FL 33409

ELECTRONIC SERVICE - United States Trustee

Date: July 18, 2014  /s/ MARTHA G BRONITSKY
MARTHA G BRONITSKY
Chapter 13 Trustee
6140 STONERIDGE MALL RD #250
PLEASANTON, CA 94588-4588